IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MOSES JEROME STANFORD,         )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )       1:11cv956-MHT
                               )           (WO)
JIMMY CULBRETH, in his         )
individual capacity, and       )
R.C. COVINGTON, in his         )
individual capacity,           )
                               )
    Defendants.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting, among others, claims of excessive force and unlawful seizure.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 22nd day of June, 2012.**

                           <u>   /s/ Myron H. Thompson   </u>
                           **UNITED STATES DISTRICT JUDGE**